(No. 73-CC-335—

DORIS D. LEFFLER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed March 13, 1975.*

KLEIMAN, CORNFIELD & FELDMAN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-336—

GLENN OLIVER DECKER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed March 13, 1975.*

KLEIMAN, CORNFIELD, & FELDMAN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.